IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JULIA BRANDT,<br><br>　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:23-cv-01292<br>§<br>§<br>§ |

## DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL

Comes now Defendant COSTCO WHOLESALE CORPORATION ("Costco") and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal to the United States District Court for the Western District of Texas, Austin Division and respectfully shows the Court the following:

### PROCEDURAL BACKGROUND

1. This personal injury suit arises out of a slip-and-fall incident that occurred on May 17, 2023, at Costco located at 19086 S I-35 Frontage Road, Kyle, Texas 78640. Plaintiff Julia Brandt alleges she was walking inside Costco when she slipped and fell due to a substance on the floor. Plaintiff is now suing Defendant Costco and asserting causes of action for premises liability.

2. On September 28, 2023, Plaintiff Julia Brandt filed suit against Costco Wholesale Corporation in the 261st Judicial District Court of Travis County, Texas. Defendant Costco was served with said suit on October 4, 2023.

3. This removal is filed within 30 days of service upon Costco and is therefore timely filed under 28 U.S.C. § 1446(b).

4.  This United States District Court for the Western District of Texas, Austin Division, is the district and division embracing the place where such action is pending. *See* 28 U.S.C. § 124(4).

5.  Costco, concurrently with the filing of this petition, has given written notice of the filing of this Notice of Removal to all parties of record and to the Clerk of the District Court in Travis County, Texas.

6.  Pursuant to 28 U.S.C. § 1446, documents filed in the state court action are attached to this Notice of Removal and are incorporated herein by reference.

7.  Costco expressly reserves the right to raise all defenses and objections to Plaintiff's claims or to otherwise plead after the action is removed to this Honorable Court.

## REMOVAL BASED ON DIVERSITY JURISDICTION

8.  This Court has jurisdiction based on 28 U.S.C. §1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States." Plaintiff seeks recovery of damages in the form of "monetary relief over $1,000,000." (Ex. 1), Plaintiff's Original Petition, Paragraph 8) As such, the amount in controversy is satisfied. *See* 28 U.S.C. § 1446(c)(2).

9.  Plaintiff alleges that she is an individual who resides in Travis County, Texas. (Ex. 1, Paragraph 3) Thus, she is a citizen of the state of Texas.

10. Costco Wholesale Corporation is a corporation incorporated under the laws of the State of Washington. At the time of the incident that gives rise to this claim and continuing to the current date, Costco Wholesale Corporation's principal place of business is in Issaquah, Washington. Thus, Costco is a citizen of Washington and complete diversity of citizenship exists between Plaintiff and Costco.

11. Since complete diversity of citizenship exists and the amount in controversy is in excess of $75,000, exclusive of interests and costs, this Court has original jurisdiction over this action. *See* 28. U.S.C. 1332(a). As a result, this action is removable pursuant to 28 U.S.C. §1441(a).

## JURY DEMAND

12. Defendant Costco demands a jury on all triable issues pursuant to Federal Rules of Civil Procedure 38 and 81(c).

**WHEREFORE, PREMISES CONSIDERED**, Defendant Costco Wholesale Corporation prays that this Court accept its Notice of Removal for filing in accordance with the provisions of 28 U.S.C. § 1441, *et. seq.*, and grant other relief to which the Defendant may be justly entitled.

Respectfully submitted,

**RAY | PEÑA | McCHRISTIAN, P.C.**
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 341-3554 Telephone
(210) 341-3557 Facsimile
jpena@raylaw.com
gpytel@raylaw.com


*/S/ Joseph G. Peña*
**JOSEPH G. PEÑA**
State Bar No. 24052898
**GABRIEL E. PYTEL**
State Bar No. 24097242
*Attorney for Defendant Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I certify that on October 24, 2023, a true and correct copy of the foregoing document filed electronically with the clerk of the Court in accordance with Texas Rule of Civil Procedure 21 (f)(1), is served on the party or attorney electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a (a)(2).

The following parties or attorney(s) are served with the foregoing document:

***VIA E-FILE &/OR EMAIL***
*Counsel for Plaintiff:*
Adam Loewy
LOEWY LAW FIRM P.C.
7000 North Mopac Expwy, Suite 200
Austin, Texas 78731
(512) 280-0800
(512) 900-2991 (Fax)
adam@loewyfirm.com
***Via Eservice and/or Email***

/S/ Joseph G. Peña
JOSEPH G. PEÑA

4